**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FISCHER SAND & AGGREGATE, LLP,

Plaintiff,

v.

METROPOLITAN AIRPORTS COMMISSION,

Defendant.

Civil No. 01-1698 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Gerald Duffy, Esq., and Steven Weintraut, Esq., Siegel Brill Greupner Duffy & Foster, 1300 Washington Square, 100 Washington Avenue South, Minneapolis, MN 55401, counsel for Plaintiff.

Thaddeus Lightfoot, Esq., Environmental Law Group, 10 2nd Street Northeast, Suite 114, Minneapolis, MN 55413, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 31, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 31 2002
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________